IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIKKI L. ARRIOLA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | 4:13CV3079<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

　　　The defendant, by and through its counsel of record, has requested a thirty-day extension of time in which to respond to the plaintiff's brief, ECF No. 20. In a telephone conversation with my judicial assistant, counsel for the plaintiff expressed no opposition to the motion.

　　　IT THEREFORE IS ORDERED that:

　　　1. the Motion for Extension of Time, ECF No. 20, is granted and the defendant shall on or before October 9, 2013, file and serve the defendant's response;

　　　2. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief; and

　　　3. in the absence of an order scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 2 hereof.

　　　Dated September 9, 2013.

　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Warren K. Urbom
　　　　　　　　　　　　　　United States Senior District Judge