IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIKKI L ARRIOLA,<br><br>                Plaintiff,<br><br>        vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security;<br><br>                Defendant. | 4:13CV3079<br><br>**ORDER ON DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BRIEF** |

  The defendant, by an through her counsel, has filed Defendant's Third Unopposed Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 24.  The defendant requests an extension of 30 days to December 9, 2013, in which to respond to the plaintiff's brief and states that the plaintiff's counsel has been contacted and has expressed no objection to the extension.

  IT THEREFORE IS ORDERED that:

  1.  the Defendant's Third Unopposed Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 24, is granted;

  2.  the defendant shall have on or before December 9, 2013, in which to file and serve her response to the plaintiff's brief;

  3.  within one week after the defendant's answer brief is filed, the plaintiff may file and serve a reply brief ; and

  4.  the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

  Dated November 13, 2013.

       BY THE COURT

       */s/ Warren K. Urbom*

       Warren K. Urbom
       United States Senior District Judge